Zahra H. Aziz, Esq. SBN 303656
*zaziz@mwl-law.com*
MATTHIESEN, WICKERT & LEHRER, S.C.
1851 East Frist Street, Suite 1150
Santa Ana, CA 92705
Phone: (800) 637-9176
Fax: (262) 673-3766

JS-6

*Attorneys for Plaintiff*
UNITED VISUAL BRANDING, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED VISUAL BRANDING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC FREIGHT, INC,<br><br>Defendants. | CASE NO.: 2:20-cv-09200-RGK-PD<br><br>Assigned to: Judge R. Gary Klausner<br>Magistrate Judge Patricia Donahue<br><br>**[PROPOSED]** **ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

**IS HEREBY ORDERED** that, pursuant to stipulation by and among the parties to this action, through their respective attorneys of record, the above-entitled action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

DATED: November 19, 2021        By:_____
                                The Honorable R. Gary Klausner
                                UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION
1